OPINION — AG — THE .50 CENT FEE OF THE COUNTY CLERK REQUIRED TO BE COLLECTED IN 28 O.S. 1961 34 [28-34] SHOULD BE CHARGED AND COLLECTED BY THE COUNTY TREASURER IN ADDITION TO THE $1.00 FEE SET OUT IN SECTION 24316 OF HOUSE BILL NO. 911 OF THE 30TH LEGISLATURE, FOR THE ASSIGNMENT OF TAX SALE CERTIFICATE. CITE: 68 O.S. 1961 411 [68-411], 28 O.S. 1961 43 [28-43], 28 O.S. 1961 43 [28-43] (W. J. MONROE)